■ United States Fidelity and Guaranty Company, Appellant, v May Summer School, Inc., et al., Respondents.—Judgment, Supreme Court, New York County, entered on December 17, 1976, unanimously affirmed on the opinion of Spiegel, J., at Trial Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.

■ The People of the State of New York, Respondent, v Bernadine Hill, Appellant.—Judgment, Supreme Court, New York County, rendered on December 7, 1973, unanimously affirmed. (Murphy, P. J., would affirm on constraint of People v Dread, 41 NY2d 871.) No opinion. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.

■ Frank A. Roper, Respondent-Appellant, v Microlab/FXR, Appellant-Respondent.—Judgment, Supreme Court, New York County, entered on September 30, 1976, so far as appealed from, unanimously affirmed for the reasons stated by Saypol, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.

■ The People of the State of New York, Respondent, v Ronald Thompson, Appellant.—Judgment, Supreme Court, Bronx County, rendered May 27, 1976, convicting defendant after jury trial of robbery, second degree, and assault, second degree, unanimously modified, on the law, to dismiss the assault count, and otherwise affirmed. On the facts of this case, the defendant could not have committed the robbery, second degree, of which he was convicted, without causing physical injury to one of the victims during the course of that felony—the foundation of the assault conviction. Where the verdict is comprised of inclusory concurrent counts, a verdict of guilty on the greater is deemed a dismissal of the lesser count. (Cf. People v Arroyo, 57 AD2d 523; People v Pyles, 44 AD2d 784.) We have examined the other points raised by appellant and find them without merit. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.

■ In the Matter of John Maisonet, Petitioner, v Peter J. McQuillan, Respondent.—Application for order pursuant to CPLR article 78 in the nature of mandamus unanimously denied and petition dismissed, without costs and without disbursements, and without prejudice to renewal of the application within 30 days from the date of the order entered hereon if no decision is rendered at that time by Judge McQuillan. No opinion. Concur—Murphy, P. J., Lupiano, Birns and Lane, JJ.